In the Matter of WALTER SELF, Appellant, v NEW YORK STATE DIVISION OF HUMAN RIGHTS et al., Respondents.

Submitted July 21, 2008; decided October 21, 2008

On the Court's own motion, appeal dismissed, without costs, upon the ground that no appeal lies to the Court of Appeals from the order of an individual Justice of the Appellate Division (*see* NY Const, art VI, § 3 [b]; CPLR 5601). Motion for leave to appeal dismissed upon the ground that it does not lie from the order of an individual Justice of the Appellate Division (*see* NY Const, art VI, § 3 [b]; CPLR 5602).

DANTE SMITH et al., Appellants, v 2328 UNIVERSITY AVENUE CORP. et al., Defendants, and NL INDUSTRIES, INC., Respondent.

Submitted August 4, 2008; decided October 21, 2008

Motion by the New York City Coalition to End Lead Poisoning et al. for leave to file affirmations amici curiae on the motion for leave to appeal herein granted and the affirmations are accepted as filed.

Judge SMITH taking no part.